IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BANK OF AMERICA, N.A.                                                                                           PLAINTIFF

v.                                              Case No. 6:14-cv-06120

KAY DORSEY; ADMINISTRATOR OF
THE SMALL BUSINESS ADMINISTRATION; and
CLARICE M. JOPLIN, individually and as
administrator of the estate of Charles B.
Joplin, deceased                                                                                              DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed January 6, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (ECF No. 21). Judge Bryant recommends Plaintiff's Motion for Entry Upon Real Property (ECF No. 20) be granted.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  The Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Motion for Entry Upon Real Property (ECF No. 20) is hereby **GRANTED**. Plaintiff may obtain reasonable access to the Property located at 318 Elmwood Drive, Hot Springs, Arkansas 71901 to obtain a survey in order to reform the Deed of Trust to include an accurate legal description.

**IT IS SO ORDERED**, this 25th day of January, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge